IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Maurice Savalia Johnson | ) | C.A. No. 3:07-3618-TLW-JRM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Hill Finklea Detention Senter, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      The Plaintiff brought this *pro se* civil action against the Defendants under 42 U.S.C. § 1983. The Plaintiff is an inmate at Hill Finklea Detention Center, and his claims center around his alleged mistreatment by prison employees.

      This matter is now before the undersigned for review of the Report and Recommendations filed November 9, 2007 and February 6, 2008 by United States Magistrate Judge Joseph McCrorey, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his first Report, Magistrate Judge McCrorey recommends that Hill Finklea Detention Center be dismissed as a party. In his second Report, Magistrate Judge McCrorey recommends that the Plaintiff's complaint be dismissed for failure to prosecute. Plaintiff has not objected to either Report.

      This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of

1

objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

In light of this standard, the Court has carefully reviewed the Reports and has concluded that the Reports accurately summarize this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Reports are **ACCEPTED** (Doc. # 7 and Doc. # 32), and Plaintiff's claim is dismissed.

**IT IS SO ORDERED.**

    S/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

June 18, 2008
Florence, South Carolina